| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 0423 7:12CR00039-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 15-559 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Darren Wayne Plaza 9400 Blue Grass Road, Apt. E-90 Philadelphia, PA 19114 | DISTRICT Western District of Virginia | DIVISION Roanoke |
|---|---|---|
| | NAME OF SENTENCING JUDGE James C. Turk | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM September 24, 2015 — TO September 23, 2019 |

**OFFENSE**
Conspiracy to Distribute 100 Grams or More of Heroin

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

NOVEMBER 10, 2015

Date                                                           United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date                                                 United States District Judge